DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDWARD STEVENSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3696

_____

September 15, 2021

Appeal from the Circuit Court for Polk County; Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Johnny T. Salgado, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.